# EXHIBIT A

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

| | FOR COURT USE ONLY<br>(SOLO PARA USO DE LA CORTE) |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
SENADA EBIKES; HONG KONG SHIZE DIGITAL TECHNOLOGY CO., LTD; AMAZON.COM SERVICES, LLC; AMAZON.COM SALES, INC; AMAZON.COM, INC AND DOES 1 TO 50, INCLUSIVE

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
SALVATRICE DEAN

ELECTRONICALLY FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT
9/23/2025
By jamiSega DEPUTY

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* San Bernardino County Superior Court

247 West 3rd Street, San Bernardino, California 92415

| CASE NUMBER:<br>*(Número del Caso):* CVSB2526336 |
|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Allan L. Dollison, Esq. (SBN: 177299); Law Offices of John C. Ye, APLC, 3030 West 6th Street, Los Angeles, California 90020; (213) 42

| DATE:<br>*(Fecha)* 9/23/2025 | Clerk, by<br>*(Secretario)* /s JamiSega | , Deputy<br>*(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* AMAZON. COM SERVICE, LLC
   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)        ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
   ☒ other *(specify):* CORP CODE 17701.16
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

Exhibit A - Page 9

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY     STATE BAR NUMBER: 177299 | FOR COURT USE ONLY |
|---|---|
| NAME: Allan L. Dollison, Esq.<br>FIRM NAME: Law Offices of John C. Ye, APLC<br>STREET ADDRESS: 3030 West 6th Street<br>CITY: Los Angeles         STATE: CA    ZIP CODE: 90020<br>TELEPHONE NO.: (213) 427-2826    FAX NO.: (213) 427-2825<br>EMAIL ADDRESS: adollison@johnyelaw.com<br>ATTORNEY FOR (name): Plaintiffs, SALVATRICE DEAN | ELECTRONICALLY FILED<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SAN BERNARDINO<br>SAN BERNARDINO DISTRICT<br>9/5/2025 4:20 PM<br>By: Jasmine Segura, DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
STREET ADDRESS: 247 West 3rd Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Bernardino, California 92415-0210
BRANCH NAME: San Bernardino Justice Center

PLAINTIFF: SALVATRICE DEAN

DEFENDANT: SENADA EBIKES; HONG KONG SHIZE DIGITAL TECHNOLOGY CO., LTD; AMAZON.COM SERVICES, LLC; AMAZON.COM SALES, INC; AMAZON.COM, INC AND
☑ DOES 1 TO 50,          INCLUSIVE

| COMPLAINT—Personal Injury, Property Damage, Wrongful Death<br>☐ AMENDED (Number):<br>Type (check all that apply):<br>☐ MOTOR VEHICLE      ☑ OTHER (specify): Product Liability<br>☐ Property Damage  ☐ Wrongful Death<br>☑ Personal Injury   ☑ Other Damages (specify): Negligence | CASE NUMBER:<br><br>CVSB2526836 |
|---|---|

Jurisdiction (check all that apply):
☐ ACTION IS A LIMITED CIVIL CASE (does not exceed $35,000)
  Amount demanded ☐ does not exceed $10,000
             ☐ exceeds $10,000
☑ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $35,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
      ☐ from limited to unlimited
      ☐ from unlimited to limited

1. Plaintiff (name or names): SALVATRICE DEAN

  alleges causes of action against defendant (name or names):
  SENADA EBIKES; HONG KONG SHIZE DIGITAL TECHNOLOGY CO., LTD; AMAZON.COM SERVICES, LLC; AMAZON.COM SALES, INC; AMAZON.COM, INC AND DOES 1 TO 50, INCLUSIVE

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. Each plaintiff named above is a competent adult
  a. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California.
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor    ☐ an adult
          (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
          (b) ☐ other (specify):
      (5) ☐ other (specify):
  b. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California.
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor    ☐ an adult
          (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
          (b) ☐ other (specify):
      (5) ☐ other (specify):

  ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

PLD-PI-001

| SHORT TITLE: DEAN v. SENADA EBIKES, et al., | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

   a. ☑ except defendant (name): SENADA EBIKES
      (1) ☑ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   c. ☑ except defendant (name): AMAZON.COM SERSVICES,LLC
      (1) ☑ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   b. ☑ except defendant (name): HONG KONG SHIZE DIGITAI TECHNOLOGY CO., LTD
      (1) ☑ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   d. ☑ except defendant (name): AMAZON.COM SALES, INC
      (1) ☑ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   ☑ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.

   a. ☐ Doe defendants (specify Doe numbers):                     were the agents or employees of other
      named defendants and acted within the scope of that agency or employment.

   b. ☑ Doe defendants (specify Doe numbers): 1 to 50            are persons whose capacities are unknown to
      plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because

   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and

   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001 [Rev. January 1, 2024]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Page 2 of 3

Exhibit A - Page 11

**PLD-PI-001**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| DEAN v. SENADA EBIKES, et al., | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

   a. ☐ Motor Vehicle

   b. ☑ General Negligence

   c. ☐ Intentional Tort

   d. ☑ Products Liability

   e. ☐ Premises Liability

   f. ☐ Other *(specify):*

11. Plaintiff has suffered *(check all that apply)*

   a. ☑ wage loss.

   b. ☑ loss of use of property.

   c. ☑ hospital and medical expenses.

   d. ☑ general damage.

   e. ☑ property damage.

   f. ☑ loss of earning capacity.

   g. ☐ other damage *(specify):*

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are

   a. ☐ listed in Attachment 12.

   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for

   a. (1) ☑ compensatory damages.

      (2) ☐ punitive damages.

   b. The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*

      (1) ☑ according to proof.

      (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: September 15, 2025

Allan L. Dollison, Esq.
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2024]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Page 3 of 3

MC-025

| SHORT TITLE: DEAN v. SENADA EBIKES | CASE NUMBER: |
|---|---|

ATTACHMENT *(Number):* 5

*(This Attachment may be used with any Judicial Council form.)*

5. Each defendant named above is a natural person

e. except defendant (name): AMAZON.COM, INC

(1)  X  a business organization, form unknown.

(2)     a corporation.

(3)     an unincorporated entity (describe):

(4)     a public entity (describe):

(5)     other (specify):

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page _____ of _____

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

Exhibit A - Page 13

PLD-PI-001(5)

| SHORT TITLE: DEAN v. SENADA EBIKES, ET AL.; | CASE NUMBER: |
| --- | --- |

FIRST      **CAUSE OF ACTION—Products Liability**    Page _____
    (number)

ATTACHMENT TO  ☑ Complaint.  ☐ Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* SALVATRICE DEAN

Prod. L-1. On or about *(date):* September 25, 2023      plaintiff was injured by the following product:
Senada folding Electric Bike for adults, 25MPH 62 Miles Range, 20" x 4.0 Fat Tire Electric Bicycle, 500W Foldable Electric Bicycle with 48V 14Ah removable battery and 7 Speed.

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being
    ☑ used in the manner intended by the defendants.
    ☐ used in the manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
    ☑ purchaser of the product.      ☐ user of the product.
    ☐ bystander to the use of the product.      ☐ other *(specify):*

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:

Prod. L-4. ☑ **Count One—Strict liability** of the following defendants who
    a. ☑ manufactured or assembled the product *(names):*
    SENADA EBIKES; HONG KONG SHIZE DIGITAL TECHNOLOGY CO., LTD; AMAZON.COM SERVICES, LLC; AMAZON.COM SALES, INC; AMAZON.COM, INC AND
    ☑ Does 1 _____ to 50 _____
    b. ☑ designed and manufactured component parts supplied to the manufacturer *(names):*
    SENADA EBIKES; HONG KONG SHIZE DIGITAL TECHNOLOGY CO., LTD; AMAZON.COM SERVICES, LLC; AMAZON.COM SALES, INC; AMAZON, INC AND
    ☑ Does 1 _____ to 50 _____
    c. ☑ sold the product to the public *(names):*
    SENADA EBIKES; HONG KONG SHIZE DIGITAL TECHNOLOGY CO., LTD; AMAZON.COM SERVICES, LLC; AMAZON.COM SALES, INC; AMAZON.COM, INC AND
    ☑ Does 1 _____ to 50 _____

Prod. L-5. ☑ **Count Two—Negligence** of the following defendants who owed a duty to plaintiff *(names):*
    SENADA EBIKES; HONG KONG SHIZE DIGITAL TECHNOLOGY CO., LTD; AMAZON.COM SERVICES, LLC; AMAZON.COM SALES, INC; AMAZON.COM, INC AND
    ☑ Does 1 _____ to 50 _____

Prod. L-6. ☐ **Count Three—Breach of warranty** by the following defendants *(names):*

    ☐ Does _____ to _____
    a. ☐ who breached an implied warranty
    b. ☐ who breached an express warranty which was
    ☐ written   ☐ oral

Prod. L-7. ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
    ☐ listed in Attachment-Prod. L-7 ☐ as follows:

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]

CAUSE OF ACTION—Products Liability

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

Exhibit A - Page 14

PLD-PI-001(2)

| SHORT TITLE: DEAN v. SENADA EBIKES | CASE NUMBER: |
|---|---|

SECOND · **CAUSE OF ACTION—General Negligence**    Page _____
(number)

ATTACHMENT TO ☑ Complaint    ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* SALVATRICE DEAN

alleges that defendant *(name):* SENADA EBIKES; HONG KONG SHIZE DIGITAL TECHNOLOGY CO., LTD., AMAZON.COM SERVICES, LLC; AMAZON.COM SALES, INC; AMAZON.COM, INC AND

☑ Does    1    to 50

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date):* September 25, 2023

at *(place):* Walnut and Sierra (cross streets) Fontana, California

*(description of reasons for liability):*
Plaintiff realleges each and every paragraph contained in the allegations set forth hereinabove, and hereby incorporates them by this reference as though fully set forth herein. The Defendants at all times were engaged in the business of designing, manufacturing, marketing, and/or selling the product of SENADA Folding Electric Bike for Adults, 28MPH 62Miles Range, 20' x 4.0 Fat Tire Electronic Bicycle, 500W Foldable Electric Bicycle with 48V 14Ah Removable Battery and 7 Speed which was placed into the stream of commerce. California Civil Code Section, 1714.45 establishes strict liability for manufacturers and sellers for injuries caused by defective products, as designers, manufacturers, and sellers of the product defendants owed a duty of reasonable care to all foreseeable users, including the plaintiff, to ensure the product was safer for its intended use and was free from defects. The defendants breached their duty of reasonable care by negligently designing the product, manufacturing the product and failing to warn the Plaintiff of the handles from the bike being able to fold and lock the front tire causing the Plaintiff who was riding the bicycle to fly out and landed on the ground while her daughter who was in the front, fell from the bike and hit the concrete.

As a direct and proximate result of the defendants' negligence and breach of their duty of care, the plaintiff suffered severe and permanent injuries when the product's front handles folded causing the tire to lock causing Plaintiffs injuries.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]    **CAUSE OF ACTION—General Negligence**    Code of Civil Procedure 425.12
www.courts.ca.gov

Exhibit A - Page 15

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Allan L. Dollison, Esq. (SBN: 177299)<br>Law Offices of John C. Ye, APLC; 3030 West 6th Street, Los Angeles, CA 90020<br>TELEPHONE NO.: (213) 427-2826　　　　FAX NO.: (213) 427-2825<br>EMAIL ADDRESS: adollison@johnyelaw.com<br>ATTORNEY FOR *(Name):* Plaintiffs, Salvatrice Dean, et al., | ELECTRONICALLY FILED<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SAN BERNARDINO<br>SAN BERNARDINO DISTRICT<br>9/20/25 4:20 PM<br>By: Jasmine Segura, DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Bernardino
STREET ADDRESS: 247 West 3rd Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Bernardino, California 90020
BRANCH NAME: San Bernardino Justice Center

CASE NAME:
Salvatrice Dean, et al., v. Senada Ebikes, et al.,

| CIVIL CASE COVER SHEET<br>[X] Unlimited　　　[ ] Limited<br>(Amount　　　　(Amount<br>demanded　　　demanded is<br>exceeds $35,000)　$35,000 or less) | Complex Case Designation<br>[ ] Counter　　　[ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CASE NUMBER:<br>CVSB2526836<br><br>JUDGE:<br>DEPT.: |
|---|---|---|

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation |
|---|---|---|
| [ ] Auto (22) | [ ] Breach of contract/warranty (06) | (Cal. Rules of Court, rules 3.400–3.403) |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Antitrust/Trade regulation (03) |
| **Other PI/PD/WD (Personal Injury/Property** | [ ] Other collections (09) | [ ] Construction defect (10) |
| **Damage/Wrongful Death) Tort** | [ ] Insurance coverage (18) | [ ] Mass tort (40) |
| [ ] Asbestos (04) | [ ] Other contract (37) | [ ] Securities litigation (28) |
| [X] Product liability (24) | **Real Property** | [ ] Environmental/Toxic tort (30) |
| [ ] Medical malpractice (45) | [ ] Eminent domain/Inverse | [ ] Insurance coverage claims arising from the |
| [ ] Other PI/PD/WD (23) | condemnation (14) | above listed provisionally complex case |
| **Non-PI/PD/WD (Other) Tort** | [ ] Wrongful eviction (33) | types (41) |
| [ ] Business tort/unfair business practice (07) | [ ] Other real property (26) | **Enforcement of Judgment** |
| [ ] Civil rights (08) | **Unlawful Detainer** | [ ] Enforcement of judgment (20) |
| [ ] Defamation (13) | [ ] Commercial (31) | **Miscellaneous Civil Complaint** |
| [ ] Fraud (16) | [ ] Residential (32) | [ ] RICO (27) |
| [ ] Intellectual property (19) | [ ] Drugs (38) | [ ] Other complaint *(not specified above)* (42) |
| [ ] Professional negligence (25) | **Judicial Review** | **Miscellaneous Civil Petition** |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Asset forfeiture (05) | [ ] Partnership and corporate governance (21) |
| **Employment** | [ ] Petition re: arbitration award (11) | [ ] Other petition *(not specified above)* (43) |
| [ ] Wrongful termination (36) | [ ] Writ of mandate (02) | |
| [ ] Other employment (15) | [ ] Other judicial review (39) | |

2. This case [ ] is [X] is not　complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply):* a. [X] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action *(specify):* Two (2)
5. This case [ ] is [X] is not　a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date: September 15, 2025
Allan L. Dollison, Esq.
_____
(TYPE OR PRINT NAME)　　　　　　　　　　　　　　　► _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10 |
|---|---|---|

Exhibit A - Page 16

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
Asbestos Property Damage
Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
Medical Malpractice– Physicians & Surgeons
Other Professional Health Care Malpractice
Other PI/PD/WD (23)
Premises Liability (e.g., slip and fall)
Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
Intentional Infliction of Emotional Distress
Negligent Infliction of Emotional Distress
Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
Legal Malpractice
Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
Negligent Breach of Contract/ Warranty
Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
Collection Case–Seller Plaintiff
Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
Auto Subrogation
Other Coverage
Other Contract (37)
Contractual Fraud
Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
Writ of Possession of Real Property
Mortgage Foreclosure
Quiet Title
Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
Writ–Administrative Mandamus
Writ–Mandamus on Limited Court Case Matter
Writ–Other Limited Court Case Review
Other Judicial Review (39)
Review of Health Officer Order
Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
Abstract of Judgment (Out of County)
Confession of Judgment *(non-domestic relations)*
Sister State Judgment
Administrative Agency Award *(not unpaid taxes)*
Petition/Certification of Entry of Judgment on Unpaid Taxes
Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
Declaratory Relief Only
Injunctive Relief Only *(non-harassment)*
Mechanics Lien
Other Commercial Complaint Case *(non-tort/non-complex)*
Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
Civil Harassment
Workplace Violence
Elder/Dependent Adult Abuse
Election Contest
Petition for Name Change
Petition for Relief From Late Claim
Other Civil Petition

CM-010 [Rev. January 1, 2024]

**CIVIL CASE COVER SHEET**

Page 2 of 2

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

Salvatrice Dean

CIVSB2526836
Case No.: _____

vs.

**CERTIFICATE OF ASSIGNMENT**

Senada Ebikes, et al.,

A civil action or proceeding presented for filing must be accompanied by this Certificate. If the ground is the residence of a party, name and residence shall be stated.

The undersigned declares that the above-entitled matter is filed for proceedings in the
San Bernardino Justice Center District of the Superior Court under Rule131 and General Order of this court for the checked reason:

- ☒ General          ☐ Collection

| | **Nature of Action** | **Ground** |
|---|---|---|
| ☐ | 1. Adoption | Petitioner resides within the district |
| ☐ | 2. Conservator | Petitioner or conservatee resides within the district. |
| ☐ | 3. Contract | Performance in the district is expressly provided for. |
| ☐ | 4. Equity | The cause of action arose within the district. |
| ☐ | 5. Eminent Domain | The property is located within the district. |
| ☐ | 6. Family Law | Plaintiff, defendant, petitioner or respondent resides within the district. |
| ☐ | 7. Guardianship | Petitioner or ward resides within the district or has property within the district. |
| ☐ | 8. Harassment | Plaintiff, defendant, petitioner or respondent resides within the district. |
| ☐ | 9. Mandate | The defendant functions wholly within the district. |
| ☐ | 10. Name Change | The petitioner resides within the district. |
| ☒ | 11. Personal Injury | The injury occurred within the district. |
| ☐ | 12. Personal Property | The property is located within the district. |
| ☐ | 13. Probate | Decedent resided or resides within or had property within the district. |
| ☐ | 14. Prohibition | The defendant functions wholly within the district. |
| ☐ | 15. Review | The defendant functions wholly within the district. |
| ☐ | 16. Title to Real Property | The property is located within the district. |
| ☐ | 17. Transferred Action | The lower court is located within the district. |
| ☐ | 18. Unlawful Detainer | The property is located within the district. |
| ☐ | 19. Domestic Violence | The petitioner, defendant, plaintiff or respondent resides within the district. |
| ☐ | 20. Other _____ | |
| ☐ | 21. THIS FILING WOULD | NORMALLY FALL WITHIN JURISDICTION OF SUPERIOR COURT |

The address of the accident, performance, party, detention, place of business, or other factor which qualifies this case for filing in the above-designed district is:

Location of accident                                          Walnut and Sierra (cross streets)
NAME – INDICATE TITLE OR OTHER QUALIFYING FACTOR          ADDRESS

Fontana,                              CA
CITY                                  STATE                    ZIP CODE

I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration was executed on September 15, 2025 at Los Angeles, _____,
California.

Signature of Attorney/Party

Form # 13-16503-360
Mandatory Use

CERTIFICATE OF ASSIGNMENT

Rev. June 2019

Exhibit A - Page 18

**- DO NOT FILE WITH THE COURT -**

**- UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -**

CIV-050

| | |
|---|---|
| TELEPHONE NO.: (213) 427-2626 <br> ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): <br> Allan L. Dollison, Esq. <br> Law Offices of John C. Ye, APLC <br> 3030 West 6th Street <br> Los Angeles, California 90020 <br><br> ATTORNEY FOR (name): Plaintiff, Salvatrice Dean | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Bernardino
STREET ADDRESS: 247 West 3rd Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Bernardino, California 92415
BRANCH NAME: San Bernardino Justice Center

PLAINTIFF: Salvatrice Dean

DEFENDANT: Senada Ebikes, et al.,

| STATEMENT OF DAMAGES <br> (Personal Injury or Wrongful Death) | CASE NUMBER: <br> CIVSB2526836 |
|---|---|

To (name of one defendant only): AMAZON.COM SERVICES, LLC
Plaintiff (name of one plaintiff only): SALVATRICE DEAN
seeks damages in the above-entitled action, as follows:

AMOUNT

1.  **General damages**
    a.  [x] Pain, suffering, and inconvenience ......................................... $  5,000,000.00
    b.  [ ] Emotional distress. ............................................................. $
    c.  [ ] Loss of consortium ............................................................. $
    d.  [ ] Loss of society and companionship (wrongful death actions only) ........ $
    e.  [ ] Other (specify) _____ $
    f.  [ ] Other (specify) _____ $
    g.  [ ] Continued on Attachment 1.g.

2.  **Special damages**
    a.  [x] Medical expenses (to date) .................................................. $  TBD
    b.  [x] Future medical expenses (present value) .................................. $  TBD
    c.  [x] Loss of earnings (to date) ................................................... $  TBD
    d.  [x] Loss of future earning capacity (present value) ......................... $  TBD
    e.  [ ] Property damage ............................................................... $
    f.  [ ] Funeral expenses (wrongful death actions only) ......................... $
    g.  [ ] Future contributions (present value) (wrongful death actions only) ..... $
    h.  [ ] Value of personal service, advice, or training (wrongful death actions only) ........ $
    i.  [ ] Other (specify) _____ $
    j.  [ ] Other (specify) _____ $
    k.  [ ] Continued on Attachment 2.k.

3.  [ ] **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of (specify).. $ _____
        when pursuing a judgment in the suit filed against you.

Date: February 19, 2026

Allan L. Dollison, Esq.
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)

Page 1 of 2

Form Adopted for Mandatory Use <br> Judicial Council of California <br> CIV-050 [Rev. July 1, 2025]

**STATEMENT OF DAMAGES**
**(Personal Injury or Wrongful Death)**

Code of Civil Procedure, §§ 425.11, 425.115
courts.ca.gov

Exhibit A - Page 19

CIV-050

| PLAINTIFF: | CASE NUMBER: |
|---|---|
| DEFENDANT: | |

## PROOF OF SERVICE

*(After having the other party served as described below, with any of the documents identified in item 1, have the person who served the documents complete this Proof of Service. Plaintiff cannot serve these papers.)*

1. I served the
   a. ☐ Statement of Damages  ☐ Other  *(specify):*

   b. on *(name):*

   c. by serving ☐ defendant  ☐ other  *(name and title or relationship to person served):*

   d. ☐ by delivery  ☐ at home  ☐ at business
      (1) date:
      (2) time:
      (3) address:

   e. ☐ by mailing
      (1) date:
      (2) place:

2. Manner of service *(check proper box):*
   a. ☐ **Personal service.** By personally delivering copies. (Code Civ. Proc., § 415.10.)
   b. ☐ **Substituted service on corporation, unincorporated association (including partnership), or public entity.** By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (Code Civ. Proc., § 415.20(a).)
   c. ☐ **Substituted service on natural person, minor, conservatee, or candidate.** By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (Code Civ. Proc., § 415.20(b).) **(Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.)**
   d. ☐ **Mail and acknowledgment service.** By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender. (Code Civ. Proc., § 415.30.) **(Attach completed acknowledgment of receipt.)**
   e. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. (Code Civ. Proc., § 415.40.) **(Attach signed return receipt or other evidence of actual delivery to the person served.)**
   f. ☐ Other *(specify code section):*
      ☐ additional page is attached.

3. At the time of service I was at least 18 years of age and not a party to this action.
4. Fee for service: $
5. Person serving:
   a. ☐ California sheriff, marshal, or constable
   b. ☐ Registered California process server
   c. ☐ Employee or independent contractor of a registered California process server
   d. ☐ Not a registered California process server
   e. ☐ Exempt from registration under Business and Professions Code section 22350(b)

   f. Name, address, and telephone number and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*(For California sheriff, marshal, or constable use only)*
I certify that the foregoing is true and correct.

Date:

Date:

► _____
(SIGNATURE)

► _____
(SIGNATURE)

CIV-050 [Rev. July 1, 2025]

**PROOF OF SERVICE**
**(Statement of Damages)**

Page 2 of 2
Code of Civil Procedure §§ 425.11, 425.115

Exhibit A - Page 20